DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

DEC 2'09AM10:09 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
BERGMAN, ERIC ALLAN

Case No.  04-08583-PCW13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $17.71, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| BERGMAN, ERIC ALLAN | 2201 N. CRAIG RD #275 SPOKANE , WA 99224 | $17.71 |

Dated: November 25, 2009

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4873562          12-2-09          #17.71